**U.S. Probation and Pretrial Services**
# MEMORANDUM

05-83M

DATE: April 4, 2005

TO: Barbara Sale
Assistant United States Attorney

FROM: Lisa Spinnicchio
U.S. Pretrial Services Officer

SUBJECT: Devron Lockett
Case #CCB-05-0012
Notice of Apparent Violation/Request for Warrant

## RELEASE STATUS

The defendant was originally charged in a Criminal Indictment from the Northern District of Ohio, Western Division with Possess Counterfeit Securities of the Initial Company, Norcross, Georgia with the Intent to Deceive Another, in violation of Title 18, United States Code, Section 513(a). On June 8, 2004, the defendant appeared before the Honorable Vernelis K. Armstrong, United States Magistrate Judge. He was released on a $10,000 unsecured bond with the following conditions:

1) Home Detention with Electronic Monitoring; the defendant is restricted to residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court ordered obligations and other activities as pre-approved by the Pretrial Services Office
2) Refrain from any use of alcohol
3) Refrain from any use of a narcotic drug or other controlled substance as defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner
4) Defendant shall undergo drug testing and treatment as determined appropriate by Pretrial Services
5) Clear all warrants by June 15, 2004
6) Third party custody to Stephanie and Bobbie Lockett
7) Travel restricted to the State of Maryland and to the Northern District of Ohio for court purposes only
8) No contact with Alexander Moulton

On January 18, 2005, the jurisdiction of the defendant's case was transferred to the District of Maryland. On January 20, 2005, the Honorable Catherine C. Blake modified the defendant's conditions of release removing him from electronic monitoring. On February 10, 2005, the defendant appeared before the Honorable Catherine C. Blake and pled guilty to Possession of Counterfeit Securities. A sentencing date is pending in this case.

## APPARENT VIOLATION

The defendant was arrested in Wilmington, Delaware on March 26, 2005 for the charges of Carrying a Concealed Deadly Weapon, Aggravated Menacing and Possession of a Firearm During the Commission of a Felony. The defendant is currently being held at the Howard R. Young Correctional Institution on $12,750 bond.

## RECOMMENDATION

Based on the defendant's new arrest, it is requested that a bench warrant be issued and lodged as a detainer.

cc:   The Honorable Catherine C. Blake
      Andrew White, Esquire
      Nicole Johnson, USPO