AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

FILED MAY 9 5 04 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DISTRICT OF __Delaware__

UNITED STATES OF AMERICA
V.
Devron Lockett

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: 05-83m

The defendant is charged with a violation of __18__ U.S.C. __513 (a)__ alleged to have been committed in the _____ District of __Maryland__.

Brief Description of Charge(s):

Violation of Probation

*Defendant to be transferred to the District of Maryland without a detention hearing. He waives the right to such a hearing, if any is applicable, in this district. Defendant was detained pursuant to the Stipulation of the parties.*

~~The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.~~

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

May 9, 2005
Date

_____
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |