OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

May 13, 2005

Garmatz Courthouse
U.S. District Court, District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

FILED ___ ENTERED
___ LODGED ___ RECEIVED
MAY 1 6 2005
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Re: USA v. Lockett
Case Number: 05-83M MPT
Charging District Case Number: CCB-05-0012

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Evette Watson

E. Evette Watson
Deputy Clerk

/eew
enclosure

I hereby acknowledge receipt of the record in the above
referenced case on _____ 5/17/05 _____ .
                     (date)

_____
Signature

Deputy Clerk
Title

2005 MAY 19 PM 2:31
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE